# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BELLA ZUZEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEPTA, CARDINAL HEALTH, and | : | |
| MEDLINE INDUSTRIES, INC., | : | No. 19-268 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **April 2019**, it is **ORDERED** that:

1. Upon consideration of Defendant SEPTA's Motion to Dismiss, Plaintiff's response, and for the reasons stated in the Court's memorandum dated April 11, 2019, the motion (Document No. 4) is **GRANTED in part** and **DENIED in part** as follows:

    a. The motion is **DENIED** to the extent that SEPTA seeks to dismiss the action for misjoinder of parties.

    b. The motion is **GRANTED** to the extent that SEPTA seeks to sever all claims against Medline Industries, Inc.

    c. The Clerk of Court is **ORDERED** to remand all claims against Medline Industries, Inc. to the Philadelphia Court of Common Pleas.

2. Upon consideration of Defendant Cardinal Health's Motion to Dismiss, Plaintiff's response, and for the reasons stated in the Court's memorandum dated April 11, 2019, the motion (Document No. 10) is **GRANTED**. Plaintiff's claims against Cardinal Health are **DISMISSED** without prejudice. Plaintiff may file an amended complaint in this Court by **Friday, May 3, 2019**.

BY THE COURT:

_____
**Berle M. Schiller, J.**