IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BELLA ZUZEL,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SOUTHEASTERN PA.** | : | |
| **TRANSPORTATION AUTHORITY and** | : | |
| **CARDINAL HEALTH, INC.,** | : | **No. 19-268** |
| Defendants. | : | |
| | | |
| **CARDINAL HEALTH, INC.,** | : | |
| Third-Party Plaintiff, and | : | |
| | : | |
| **RGH ENTERPRISES, INC.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AIKIN HOLDING CORP.,** | : | |
| Third-Party Defendant. | : | |

## ORDER

**AND NOW**, this **15th** day of **December, 2020**, upon consideration of Defendant Cardinal Health's Motion for Extension of Case Deadlines and Entry of New Scheduling Order, and for the reasons stated in the Court's Memorandum of the same date, it is **ORDERED** that Defendant Cardinal Health's Motion (Document No. 47) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**

1