IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BELLA ZUZEL, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PA. | : | |
| TRANSPORTATION AUTHORITY and | : | |
| CARDINAL HEALTH, INC., | : | No. 19-268 |
|     Defendants. | : | |
| | : | |
| | : | |
| CARDINAL HEALTH, INC., | : | |
|     Third-Party Plaintiff, and | : | |
| | : | |
| RGH ENTERPRISES, INC., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AIKIN HOLDING CORP., | : | |
|     Third-Party Defendant. | : | |

**ORDER**

**AND NOW**, this **21st** day of **July, 2021**, upon consideration of Plaintiff's Motion to Amend/Correct Amended Complaint, Defendant Cardinal Health's Opposition, and for the reasons stated in the Court's Memorandum dated July 21, 2021, it is **ORDERED** that the Motion (Document No. 59) is **GRANTED**. Plaintiff is directed to file a Second Amended Complaint naming RGH Enterprises, Inc. as a Defendant by **August 4, 2021.**

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**

1