IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BELLA ZUZEL,** *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : : | No. 19-268 |
| **CARDINAL HEALTH, INC.,** and **RGH ENTERPRISES, INC.,** *Defendants.* | : : : : : | |
| and | : : | |
| **CARDINAL HEALTH, INC.,** and **RGH ENTERPRISES, INC.,** *Third-Party Plaintiffs* | : : : : : | |
| v. | : : | |
| **AIKIN HOLDING CORP.,** *Third-Party Defendant.* | : : : | |

**ORDER**

**AND NOW**, this **29th** day of **December 2023**, upon consideration of Defendant RGH's Renewed Motion to Assess Defense Fees and Costs (ECF Nos. 183 (redacted version), 184 (sealed version)), and the lack of response by Third-Party Defendant Aikin Holding Corporation, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** as follows:

1. Default judgment is entered against Third-Party Defendant Aikin Holding Corporation;

2. Defendant RGH's Renewed Motion to Assess Defense Fees and Costs (ECF Nos. 183 (redacted version), 184 (sealed version)) is **GRANTED**; and accordingly, Third-Party Defendant Aikin Holding Corporation must pay Third-Party Plaintiff RGH and its affiliate, Third-Party Plaintiff Cardinal Health, for defense fees and costs incurred in this matter and

2

the settlement amount, totaling ▮▮▮▮▮▮▮▮, plus interest through the date of entry of judgment.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                **BY THE COURT:**

                                                */s/ Chad F. Kenney*
                                                _____
                                                **CHAD F. KENNEY, J.**